**Donald James MEYER, Petitioner–Appellant,**

v.

**Miles LONG, Warden, Respondent–Appellee.**

No. 00–15781.

D.C. No. CV–00–00081–PMP.

United States Court of Appeals, Ninth Circuit.

Submitted June 11, 2001.[*]

Decided June 25, 2001.

Appeal from the United States District Court for the District of Nevada, Philip M. Pro, District Judge, Presiding.

Before O'SCANNLAIN, SILVERMAN, and RONALD M. GOULD, Circuit Judges.

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM [**]

Donald James Meyer appeals pro se the district court's dismissal of his 28 U.S.C. § 2254 petition as successive pursuant to 28 U.S.C. § 2244(b)(2). We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

The district court dismissed Meyer's section 2254 petition as successive based on the fact that Meyer's previous habeas petition was denied on the merits. We agree. *See* 28 U.S.C. § 2244(b)(2).

Accordingly, before Meyer can file a successive petition in the district court, section 2244(b)(3) requires that he make a prima facie showing to this court that his petition would satisfy section 2244(b)(2). We therefore construe Meyer's appeal as a request for permission to file a successive petition and conclude that Meyer has not made such a showing. *See* 28 U.S.C. § 2244(b)(2)(B)(i); *see also Woratzeck v. Stewart,* 118 F.3d 648, 652 (9th Cir.1997) (concluding that appellant had not made prima facie showing that he could not have uncovered evidence through previous due diligence).

AFFIRMED.

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.